KATHARINE A. HAGGERTY, as Administratrix of the Estate of JOHN J. HAGGERTY, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 252.)

ANTHONY LABIEKO, Appellant, *v.* AMERICAN PIANO COMPANY et al., Respondents.

(Submitted October 7, 1935; decided October 8, 1935.)

*Harold H. Barnsdale* for motion.
*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within ten days, in which event the motion is denied.